

*AFFIRMED. See* Fed. Cir. R. 36.

**EPIC METALS CORPORATION,**
Plaintiff/Counterclaim
Defendant–Appellant,

and

Donald H. Landis, Counterclaim
Defendant,

v.

**CONSOLIDATED SYSTEMS, INC.,** Huber, Hunt & Nichols, Inc., and SMI–Owen Steel Co., Inc., Defendants/Counterclaimants–Appellees,

and

Tampa Bay Arena, Ltd., Defendant/Counterclaimant–Appellee.

No. 03–1296.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2003.

Daniel F. RYAN, individually and in his representative capacity, Ronald Blaze, and Former Savers of Sterling Federal Savings Assn., Plaintiffs–Appellants,

v.

**NAVAL AVIATION MUSEUM
FOUNDATION,**
Defendant,

and

United States, Defendant–Appellee,

No. 04–5025.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Before NEWMAN, SCHALL, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

**336**

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

METRIC CONSTRUCTORS, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5059.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2003.

Rehearing Denied Feb. 4, 2004.

Before LOURIE, DYK, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

John E. SHOFFNER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7064.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2003.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36